FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 18 2017
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF 2014 BLACK DODGE CHARGER, BEARING TENNESSEE LICENSE PLATE 9H95K3 | No. 17-MJ-4171 |

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 18th day of December, 2017.

Alistair Newbern
United States Magistrate Judge